# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September, 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFF**
*Mentor Graphics Corp.*

**DEFENDANT**
*International Electronic Machines Corp. and William Peabody*

**(B)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **CLACKAMAS COUNTY, OR**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **ALBANY**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(C)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**ANDREW C. ROSE, ESQ.**
**NIXON PEABODY LLP**
30 S. Pearl Street, Omni Plaza, Suite 900t
Albany, NY  12207   (518) 427-2650

ATTORNEYS (IF KNOWN)

**II.   BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1  U.S. Government Plaintiff
- ■ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III.  CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ■ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 U.S.C. 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 U.S.C. 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ■ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 152 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title VXI | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**VI.  CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.) **COPYRIGHT INFRINGEMENT, 17 U.S.C. §101 ET SEQ.**

**VII. REQUESTED IN COMPLAINT:**   CHECK IF THIS IS A CLASS ACTION   ☐ UNDER F.R.C.P. 23   **DEMAND** Injunction and statutory damages   CHECK YES only if demanded in complaint: **JURY DEMAND:** ■ Yes   ☐ No

**VIII. RELATED CASE(S)** (See instructions):
     **IF ANY**   None   Judge: _____   Docket Number _____

DATE **January 17, 2006**   SIGNATURE OF ATTORNEY OF RECORD: **ANDREW C. ROSE, ESQ.**

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

A53442.1

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

MENTOR GRAPHICS CORP.,

**SUMMONS IN A CIVIL CASE**

-vs-

CASE NUMBER:

INTERNATIONAL ELECTRIC MACHINES CORP.
And WILLIAM PEABODY,

TO:

International Electronic Machines Corp.
60 4th Avenue
Albany, NY  12202

William Peabody
International Electronic Machines Corp.
60 4th Avenue
Albany, NY  12202

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

NIXON PEABODY LLP
OMNI PLAZA, SUITE 900
30 SOUTH PEARL STREET
ALBANY, NEW YORK 12207

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____    _____
CLERK                                DATE

_____
(BY) DEPUTY CLERK

A53448.1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MENTOR GRAPHICS CORP.,<br><br>               Plaintiff,<br><br>   vs.<br><br>INTERNATIONAL ELECTRONIC<br>MACHINES CORP. and WILLIAM<br>PEABODY,<br><br>           Defendants. | COMPLAINT FOR<br>COPYRIGHT INFRINGEMENT<br><br>Civil Action No.<br><br><br>DEMAND FOR TRIAL BY JURY |

Mentor Graphics Corporation, by and through its undersigned counsel, respectfully makes the following allegations for its Complaint against IEM Corporation and William Peabody. These allegations are made upon knowledge with respect to Plaintiff and its own acts, and upon information and belief as to all other matters.

## INTRODUCTION

1.      This is a simple case of software piracy. Mentor Graphics Corp. (hereinafter sometimes referred to as "Mentor Graphics" or "Plaintiff") is a technology leader in electronic design automation. Among other things, Mentor Graphics provides software that enables companies to develop better electronic products faster and more cost-effectively. Defendants make electronic products for the transportation industry, and use Mentor Graphics software.

2.      In the late 1990s, IEM purchased a license to run a single instance of Mentor Graphics software. Defendants later decided that they wanted to have additional access to Mentor Graphics' software without paying for additional license rights. To that end, rather than paying for additional licenses, Defendants decided to circumvent Mentor Graphics' copy

protections using a "Crack" file – so-called because it "cracks" the technology intended to protect software against such piracy.

3.      Defendants' illegal circumvention of one or more copy protections used on Mentor Graphics software, and their illegal modification, installation, use, display, and generation of unauthorized copies of that software, are the causes of this action.

## THE PARTIES

4.      Mentor Graphics is a corporation organized and existing under the laws of the State of Oregon, with a principal place of business at 8005 SW Boeckman Road, Wilsonville, OR 97070.

5.      International Electronic Machines Corporation sometimes publicly identifies itself as "IEM" or "IEM Corp."

6.      International Electronic Machines Corporation (hereinafter sometimes referred to as "IEM") is a corporation organized and existing under the laws of the State of Delaware, with a principal office in Albany, New York.

7.      IEM's registered agent is  Corporate Agents, Inc., 2711 Centerville Road Suite 400, Wilmington DE 19808.

8.      William Peabody is a manager employed by IEM in Albany, New York.

## JURISDICTION

9.      This action arises under the Copyright Laws of the United States, 17 U.S.C. § 101 *et seq.*.  This Court has jurisdiction under the provisions of 28 U.S.C. §§ 1331, 1332, 1338(a), and 17 U.S.C. § 1203.

- 3 -

## GENERAL ALLEGATIONS

10.    Mentor Graphics makes a wide variety of products for use in designing, verifying, and testing electronic designs.  One product suite Mentor Graphics offers is devoted to helping with the design of printed circuit boards, or "PCBs."

11.    PCBs are found in a wide range of products, from computers and DVD players to airplanes and cell phones.  Mentor Graphics software can be used to help design a complex PCB or a relatively simple one.

12.    One step in the PCB design process is "layout" – deciding where different components of the circuit will be "laid out" on the board.  The illegally copied software at issue in this case includes at least Mentor Graphics' PADS PowerPCB® software, which helps automate the task of PCB layout.

13.    Defendants have made and executed copies of one or more PADS PowerPCB® software programs in violation of Title 17 of the United States Code.

14.    Defendants have acquired a license generation file for the sole purpose of executing, or running, PADS PowerPCB software on personal computers without a valid license.

15.    Mentor Graphics owns the copyright in the PADS PowerPCB software improperly used by Defendants Peabody and IEM.  The copyright in the PADS PowerPCB software is registered in material part as Copyright Registration No. TX-4-293-783 (titled "PADS-PowerPCB").

16.     IEM's and Peabody's acts of infringement, unless enjoined by this Court, will continue to cause Plaintiff to sustain irreparable damage, loss and injury, for which Plaintiff has no adequate remedy at law.

17.    Defendants have used unlicensed PADS PowerPCB software to perform services for their customers, including generation of PCB designs for electronic devices.

A53441.1

## COUNT I

### (Copyright Infringement)

18.     Plaintiff repeats and realleges each and every allegation contained in the preceding paragraphs, with the same force and effect as if repeated in full here.

19.     This cause of action arises under Section 501 et al. of Title 17 U.S.C.

20.     Defendants have committed multiple acts of copyright infringement involving PADS PowerPCB software.

21.     Defendants either received or created the CD they used to install copies of PADS PowerPCB software and generate unauthorized licenses onto unlicensed computers.

22.     Defendants installed copies of PADS PowerPCB software on computers in IEM's facility in New York in 2005 and executed that software without a valid license on those computers.

23.     William Peabody has personally directed the installation and unauthorized use of PADS PowerPCB software, and stood to gain directly from that misconduct financially.

24.     IEM's and William Peabody's actions in unauthorized use of PADS PowerPCB software were willful and in knowing violation of Plaintiff's copyrights.

25.     Each Defendant knew that it was generating and using unauthorized licenses of PADS PowerPCB software when it executed those copies.

26.     IEM Chief Executive Officer Zahid Mian  knew at least by 2005 that IEM had executed copies of PADS PowerPCB software on computers used to do IEM-related work without valid, authorized licenses.

A53441.1

27.     Defendants' acts of infringement, unless enjoined by this Court, will continue to cause Plaintiff to sustain irreparable damage, loss and injury, for which Plaintiff has no adequate remedy at law.

## COUNT II

### (Improper Circumvention of Copy-Protection Technology)

28.     Plaintiff repeats and realleges each and every allegation contained in the preceding paragraphs, with the same force and effect as if repeated in full here.

29.     This cause of action arises under Section 1201 et seq. of Title 17 U.S.C.

30.     Defendants' actions represent a violation of the anti-circumvention provisions of the DMCA (Digital Millenium Copyright Act), as codified in e.g. 17 U.S.C. § 1201 et seq.

31.     The PADS PowerPCB software that Defendants illegally copied was protected by at least one technological measure that effectively controlled access to that software.

32.     Defendants successfully circumvented the technological measure(s) protecting the PowerPCB software.

33.     Defendants' acts of infringement, unless enjoined by this Court, will continue to cause Plaintiff to sustain irreparable damage, loss and injury, for which Plaintiff has no adequate remedy at law.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Mentor Graphics respectfully prays for judgment as follows:

1.     That Defendants and their officers, agents, servants, employees, attorneys and all other persons in active concert or participation with any Defendant who receive actual

notice or knowledge of this injunction by personal service or otherwise, be preliminarily and permanently enjoined:

        a.      from reproducing Mentor Graphics' copyrighted work without a license;

        b.      from preparing derivative works from Mentor Graphics' copyrighted work without a license;

        c.      from displaying Mentor Graphics' copyrighted work without a license;

        d.      from directly or indirectly using, licensing, offering for sale, or otherwise exploiting any works created using Mentor Graphics' copyrighted software;

        e.      from directly or indirectly continuing to benefit in any manner from past infringing use of Mentor Graphics' copyrighted software;

        f.      from otherwise infringing upon Plaintiff's copyright rights in the Mentor Graphics' copyrighted software.

        2.      That Defendants, their officers, agents, servants, employees, attorneys and all other persons in active concert or participation with any Defendant who receives actual notice or knowledge of this injunction by personal service or otherwise, be preliminarily and permanently enjoined:

        a.      from circumventing a technological measure that effectively controls access to Mentor Graphics' copyrighted software; and

        b.      from the manufacturing, importing, offering to the public, providing, or otherwise trafficking in any technology, product, service, device, component, or part thereof, that is primarily designed or produced for the purpose of circumventing protection

afforded by a technological measure that effectively protects Mentor Graphics' copyrighted software;

        c.    from otherwise violating 17 U.S.C. §§ 1201-02 with respect to Mentor Graphics' copyrighted software.

        3.    An order under 17 U.S.C. §§ 1203 impounding every device and product that is in the custody or control of IEM that was involved in a violation of 17 U.S.C. §§ 1201 or 1202, and ordering the remedial modification or the destruction of the same.

        4.    That each Defendant file with this Court and serve on Plaintiff, within 30 days after service on Defendants of such injunction (or such extended period as this Court may direct), a report in writing and under oath, setting forth in detail the manner and form in which it has complied with this injunction.

        5.    That Defendants pay Mentor Graphics actual damages and profits, or statutory damages, as provided by 17 U.S.C. § 1203.

        6.    That if elected by Plaintiff, it recover statutory damages for each violation of 17 U.S.C. § 1201 in the sum of $2,500 per act of circumvention, device, product, component, offer, or performance of service, as the court considers just.

        7.    That if elected by Plaintiff, it recover statutory damages for each violation of 17 U.S.C. § 1202 in the sum of $25,000.

        8.    That in accordance with 17 U.S.C. § 503, Defendants deliver up to Plaintiff for destruction or other disposition all media of any kind containing any unlicensed copies of the Mentor Graphics' copyrighted software, including the computers on which the software was improperly installed, and all copies of any CD or other device used to make the improper installations of Mentor Graphics' copyrighted software .

9.      That IEM be required to immediately account to Plaintiff for all gains, profits and advantages derived from its wrongful acts, pursuant to 17 U.S.C. § 504 and § 1203.

10.      That Defendants pay Mentor Graphics its actual damages, or statutory damages, as provided by 17 U.S.C. § 504.

11.      That if elected by Plaintiff, it recover statutory damages for each violation of 17 U.S.C. § 501 in the sum of $150,000 under 17 U.S.C. § 505(c)(1) and (c)(2).

12.      That in view of the knowing, willful and deliberate nature of Defendants' wrongful acts, Defendants pay Plaintiff's costs and disbursements in this action, together with its reasonable attorneys' fees, pursuant to 17 U.S.C. § 505 and § 1203.

13.      That Plaintiff have such other and further relief as the Court may deem just and proper.

### JURY TRIAL DEMAND

Plaintiff hereby makes demand for a trial by jury pursuant to Fed. R. Civ. P. 38 as to all issues herein so triable.

Dated: January 17, 2006

NIXON PEABODY LLP

By:  _Andrew C. Rose_ _____

      **ANDREW C. ROSE**
        Bar Roll No.: 102473
        E-Mail:  acrose@nixonpeabody.com
Omni Plaza, Suite 900
30 South Pearl Street
Albany, New York  12207
Phone:  (518) 427-2650

KLARQUIST SPARKMAN, LLP
        By:  James E. Geringer
        E-Mail:  james.geringer@klarquist.com
121 S. W. Salmon Street, Suite 1600
Portland, Oregon  97204
Phone:  (503)595-5300

                    *ATTORNEYS FOR PLAINTIFF*