UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MENTOR GRAPHICS CORP., *Plaintiff,* -vs- INTERNATIONAL ELECTRONIC MACHINES CORP. and WILLIAM PEABODY, *Defendants.* | **CONSENT JUDGMENT** Civil Action No.: 06-CV-0065 (FJS/DRH) |

Plaintiff having resolved and settled its differences with Defendants, and Defendants having consented to the entry of the following judgment,

### IT IS HEREBY ORDERED AND ADJUDGED:

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Each Defendant has infringed valid and enforceable rights of Plaintiff as set forth in the Complaint.

3. Therefore, effective immediately, Defendants (and those in active concert or participation with either Defendant who receive notice hereof) are each hereby permanently enjoined and restrained from further infringement of Plaintiff's copyright rights related to PADS PowerPCB® software. All copies of infringing software in either Defendant's possession shall be destroyed by Defendants or delivered to Plaintiff within seven (7) days from entry of this Judgment.

4. This Court shall retain jurisdiction over the subject matter and parties for the purpose of enforcing this Judgment.

Dated: March 28, 2006

_____
Hon. Frederick J. Scullin, Jr.
Senior United States District Judge

C/M: 19620/2 - A54482.1

/2/

**CONSENTED TO:**

**HOFFMAN, WARNICK & D'ALESSANDRO LLC**

Date: March 27, 2006

Paul C. Rapp, Esq. (505815)

75 State Street, 14th Floor
Albany, New York 12207
Telephone: (518) 449-0044
paul@paulrapp.com

**ATTORNEYS FOR DEFENDANTS**

**NIXON PEABODY LLP**

Date: March 27, 2006

Andrew C. Rose, Esq. (102473)

Omni Plaza, Suite 900
30 South Pearl Street
Albany, New York 12207
acrose@nixonpeabody.com

**ATTORNEYS FOR PLAINTIFF**

A54482.1

C/M: 19620/2